# CERTIFICATE OF NON SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case #: 23-cv-04132

**PNC Bank, National Association**

Plaintiff

vs.

**Sebastian Limo Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Sebastian Limo Inc**, at **5427 N. Artesian Ave., #2A, Chicago, IL 60626**, with the **Summons & Complaint; Exhibit(s)** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Notes |
|---|---|---|
| 06/30/2023 | 04:38 PM | This is an apartment in a multiunit building. The name Anca McIdovennu is on the mailbox. There is no name on the doorbell. I rang the bell. No answer. There is no access into the building. |
| 07/04/2023 | 04:06 PM | I rang the bell, no answer. There is no access into the building. |
| 07/07/2023 | 01:01 PM | I rang the bell, no answer. All of the entrances are locked. There is no access into the building. |
| 07/09/2023 | 07:32 AM | I rang the bell, no answer. All of the entrances are locked. There is no access into the building. |
| 07/11/2023 | 07:43 PM | I rang the bell, No answer. There is no access into the building. |
| 07/15/2023 | 10:33 AM | I rang the bell, no answer. All of the entrances are locked. No answer. |
| 07/20/2023 | 06:36 PM | I rang the bell, no answer. There is no access into the building. |
| 07/24/2023 | 11:16 AM | I rang the bell and spoke with a male through the intercom who said there is no Sebastian Petrila or Sebastian Limo Inc. in this apartment. |
| 07/26/2023 | 01:42 PM | I rang the bell, no answer. There is no access into the building. |
| 07/30/2023 | 07:31 PM | I knocked on the door of the unit. No answer. There is no access into the building. |
| 08/02/2023 | 02:32 PM | I rang the bell, no answer. There is no access into the building. |
| 08/05/2023 | 04:32 PM | I rang the bell, no answer. All of the entrances are locked. There is no access into the building. |
| 08/15/2023 | 04:08 PM | I rang the bell, no answer. All of the entrances are locked. There is no access into the building. |
| 08/23/2023 | 10:01 AM | I spoke with a male thru the intercom. He said his name is Julian. He said there is no Sebastian Petrill or Sebastian Limo Inc in this unit. There is no access into the building. |

CLIENT: **Carlson Dash**
FILE #: **1372-1427**

Job #: **532911**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 8/28/2023.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Carlson Dash**
FILE #: **1372-1427**

Job #: **532911**

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.    ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Amanda Keil*

(By) DEPUTY CLERK

June 28, 2023

DATE