IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

PNC Bank, National Association

Plaintiff(s),

v.

Sebastian Limo Inc. and Sebastian Petrila

Defendant(s).

Case No. 1:23-cv-04132
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: in favor of Plaintiff PNC Bank, N.A. and against Defendants Sebastian Limo Inc. and Sebastian Petrila in the amount of $115,487.08, plus attorneys' fees of $2,887.50 and costs of $839.05, for a total judgment amount of $119,216.63.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood on a motion for default judgment.

Date: 1/18/2024

Thomas G. Bruton, Clerk of Court

Laritza Arcos, Deputy Clerk